UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD E. LANE,
Inmate No. 00072392,
     Plaintiff,

vs.                                Case No.: 3:21cv936/MCR/EMT

DEPARTMENT OF HOMELAND
SECURITY, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate of the Okaloosa County Jail proceeding pro se, initiated this civil rights action by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). He subsequently filed an amended complaint (ECF No. 3). He also filed a motion to proceed in forma pauperis (IFP) (ECF No. 4). On October 6, 2021, the undersigned entered an order granting Plaintiff leave to proceed IFP and assessing a $4.80 initial partial filing fee, to be paid within thirty days (ECF No. 6). After more than thirty days passed and Plaintiff has not paid the initial partial filing fee, the undersigned entered an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for failure to comply with an order of the court (ECF No. 7). The undersigned advised that failure to comply with the order would result in a recommendation, without further notice, that the case be dismissed. More than thirty days have passed, and Plaintiff has not paid the initial partial filing fee.

Accordingly, it is respectfully **RECOMMENDED** that this case be

**DISMISSED without prejudice** for Plaintiff's failure to comply with an order of

the court.

At Pensacola, Florida, this 27th day of December 2021.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.** **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** **An objecting party must serve a copy of the objections on all other parties.** **A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**